# United States Bankruptcy Court
## Northern District of Mississippi

In re: **Cory Daniel Akins, Shanda Arleine Akins**, Debtor(s)

Case No. **25-11258**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **April 21, 2025**        **/s/ Cory Daniel Akins**
                               **Cory Daniel Akins**
                               Signature of Debtor

Date: **April 21, 2025**        **/s/ Shanda Arleine Akins**
                               **Shanda Arleine Akins**
                               Signature of Debtor