Certificate Number: 17082-MSN-DE-039582646

Bankruptcy Case Number: 25-11258



17082-MSN-DE-039582646

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 22, 2025</u>, at <u>3:36</u> o'clock <u>PM MST</u>, <u>CORY AKINS</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Mississippi</u>.

Date:  <u>April 22, 2025</u>

By:  <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>