**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Cory Daniel Akins | Social Security number or ITIN: | xxx–xx–2556 |
| | First Name   Middle Name   Last Name | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | Shanda Arleine Akins | Social Security number or ITIN: | xxx–xx–9586 |
| | First Name   Middle Name   Last Name | EIN: __–_____ | |
| United States Bankruptcy Court: | Northern District of Mississippi | Date case filed for chapter: | 7   4/21/25 |
| Case number: | 25–11258–SDM | | |

**Official Form 309A (For Individuals or Joint Debtors)**

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Cory Daniel Akins | Shanda Arleine Akins |
| 2. | **All other names used in the last 8 years** | aka Cory Akins | |
| 3. | **Address** | 159 Ben Moore Rd<br>Fulton, MS 38843 | 159 Ben Moore Rd<br>Fulton, MS 38843 |
| 4. | **Debtor's attorney**<br>Name and address | Thomas C. Rollins Jr.<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601–500–5533 |
| 5. | **Bankruptcy trustee**<br>Name and address | Miranda L Williford<br>Chapter 7 Trustee<br>613 Childs Street<br>Corinth, MS 38834 | Contact phone 662–286–9796 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730 | Hours open:<br>8:00 a.m. – 5:00 p.m., Monday through Friday<br><br>Contact phone 662–369–2596<br><br>Date: 4/22/25 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 21, 2025 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom Video meeting, Go to Zoom.us/join, Enter Meeting ID 324 052 8534, and Passcode 4967426763, OR call (662) 440–9617**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/21/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Mississippi

In re:  Case No. 25-11258-SDM

Cory Daniel Akins  Chapter 7

Shanda Arleine Akins

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1      User: autodocke      Page 1 of 3
Date Rcvd: Apr 22, 2025      Form ID: 309A      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cory Daniel Akins, Shanda Arleine Akins, 159 Ben Moore Rd, Fulton, MS 38843-8809 |
| 4540818 | + | Truck Driver Institute, 20214 Hwy 49, Saucier, MS 39574-9527 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Apr 23 2025 00:49:00 | Thomas C. Rollins, Jr., The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: QMLWILLIFORD | Apr 23 2025 04:45:00 | Miranda L Williford, Chapter 7 Trustee, 613 Childs Street, Corinth, MS 38834-4810 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Apr 23 2025 00:49:00 | U. S. Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 4540793 | | EDI: ATTWIREBK.COM | Apr 23 2025 04:45:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 4540790 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 23 2025 00:50:45 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 4540791 | + | Email/PDF: bncnotices@becket-lee.com | Apr 23 2025 00:50:47 | American First Finance, Attn: Bankruptcy, 3100 Olympus Blvd, Ste 300, Coppell, TX 75019-5472 |
| 4540792 | + | Email/PDF: bncnotices@becket-lee.com | Apr 23 2025 01:02:17 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 4540794 | + | Email/Text: ccbxcredit_bkprocessing@coastalbank.com | Apr 23 2025 00:49:00 | Brigit, 5415 Evergreen Way, Everett, WA 98203-3646 |
| 4540795 | + | EDI: CAPITALONE.COM | Apr 23 2025 04:45:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4540796 | + | Email/Text: bankruptcy@cavps.com | Apr 23 2025 00:49:00 | Cavalry Portfolio, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 4540797 | + | EDI: CITICORP | Apr 23 2025 04:45:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 4540798 | | EDI: WFNNB.COM | Apr 23 2025 04:45:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 4540799 | | Email/Text: bankruptcy@credencerm.com | Apr 23 2025 00:49:00 | Credence Resource Mana, P.O. Box 2238, Southgate, MI 48195-4238 |
| 4540800 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 23 2025 00:49:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 4540801 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2025 00:50:46 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |

| District/off: 0537-1 | User: autodocke | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 309A | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 4540803 | | Email/Text: bankruptcy@dcu.org | Apr 23 2025 00:49:00 | Digital Federal CU, Attn: Bankruptcy, Po Box 9130, Marlborough, MA 01752 |
| 4540802 | | Email/Text: bankruptcy@dcu.org | Apr 23 2025 00:49:00 | Digital Federal CU, Po Box 9130, Marlborough, MA 01752 |
| 4540804 | + | EDI: DISCOVER | Apr 23 2025 04:45:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 4540805 | + | EDI: AMINFOFP.COM | Apr 23 2025 04:45:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4540806 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 23 2025 00:49:00 | Fortiva, P.O. Box 790156, Saint Louis, MO 63179-0156 |
| 4540807 | ^ | MEBN | Apr 23 2025 00:46:05 | John Deere Financial, P.O. Box 650215, Dallas, TX 75265-0215 |
| 4540808 | ^ | MEBN | Apr 23 2025 00:45:20 | Kikoff, P.O. Box 40070, Reno, NV 89504-4070 |
| 4540809 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2025 00:50:58 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 4540810 | | Email/Text: ml-ebn@missionlane.com | Apr 23 2025 00:49:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 4540811 | | EDI: PRA.COM | Apr 23 2025 04:45:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4540812 | + | Email/Text: ebone.woods@usdoj.gov | Apr 23 2025 00:49:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 4540813 | + | Email/Text: bankruptcy@self.inc | Apr 23 2025 00:49:00 | Self Financial, Inc., Attn: Bankruptcy, 515 Congress Ave, Ste 1550, Austin, TX 78701-3539 |
| 4540814 | | Email/Text: bankruptcynotices@sba.gov | Apr 23 2025 00:49:00 | Small Business Adminis, P.O. Box 740192, Atlanta, GA 30374-0192 |
| 4540815 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Apr 23 2025 00:49:00 | Sunrise Banks, Attn: Bankruptcy, 2525 Wabash Ave, Saint Paul, MN 55114-1020 |
| 4540816 | + | Email/Text: compliance@libertyloans.com | Apr 23 2025 00:49:00 | TAB Bank, 901 Yamgto Road, Boca Raton, FL 33431-4497 |
| 4540817 | | Email/Text: bankruptcy@towerloan.com | Apr 23 2025 00:49:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 4540998 | + | Email/Text: USAMSN.Bankruptcy@usdoj.gov | Apr 23 2025 00:49:00 | U. S. Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4540999 | | Email/Text: bankruptcynotices@sba.gov | Apr 23 2025 00:49:00 | U. S. Small Business Administration, 500 Poydras St, Ste 828, New Orleans LA 70130 |
| 4540819 | | Email/Text: bknotice@upgrade.com | Apr 23 2025 00:49:00 | Upgrade, Inc., 275 Battery St., 23rd Floor, San Francisco, CA 94111 |
| 4540820 | ^ | MEBN | Apr 23 2025 00:45:23 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 3 of 3 |
| Date Rcvd: Apr 22, 2025 | Form ID: 309A | Total Noticed: 37 |

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025     Signature:    /s/Gustava Winters