CM/ECF ntcm1
(Rev. 12/21/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Cory Daniel Akins and Shanda Arleine  )         Case No.: 25−11258−SDM
      Akins                                                          )         Chapter: 7
      Debtor(s)                                                  )         Judge: Selene D. Maddox
                                               )
                                               )

     NOTICE IS HEREBY GIVEN that a

*16* − Motion to Avoid Judicial Lien with Farm Bureau Bank Filed by Thomas C. Rollins Jr. on behalf of Cory Daniel Akins, Shanda Arleine Akins. (Rollins, Thomas)

has been filed in the above caption case.

     LAST DAY TO FILE OBJECTIONS OR RESPONSES IS 6/11/25.

     Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said date; otherwise, the Court may consider said motion immediately after the objection or response due date.

Dated: 5/16/25

                                        Shallanda J. Clay
                                        Clerk, U.S. Bankruptcy Court

                                        BY: AOH
                                             Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

In re: Case No. 25-11258-SDM

Cory Daniel Akins  
Chapter 7

Shanda Arleine Akins

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1      User: autodocke      Page 1 of 2  
Date Rcvd: May 16, 2025      Form ID: ntcm1      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cory Daniel Akins, Shanda Arleine Akins, 159 Ben Moore Rd, Fulton, MS 38843-8809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@farmbureaubank.com | May 17 2025 00:00:00 | Farm Bureau Bank, P.O. Box 33427, San Antonio, TX 78265-3427 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:

**Name      Email Address**

Miranda L Williford  
     tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;courtecfemails@gmail.com

Thomas C. Rollins, Jr.  
     on behalf of Joint Debtor Shanda Arleine Akins trollins@therollinsfirm.com  
     jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.  
     on behalf of Debtor Cory Daniel Akins trollins@therollinsfirm.com

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
| Date Rcvd: May 16, 2025 | Form ID: ntcm1 | Total Noticed: 2 |

jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 4