BL9945017

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI, ABERDEEN DIVISION

| | | |
|---|---|---|
| IN RE:  CORY DANIEL AKINS | : | Chapter: 7 |
| SHANDA ARLEINE AKINS | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO: 25-11258 |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**FinWise Bank
c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702**

By:  /s/ Christopher Cramer

Christopher Cramer, Claims Administrator
Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Date:    06/06/2025

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI, ABERDEEN DIVISION

IN RE:  CORY DANIEL AKINS            Chapter: 7
        SHANDA ARLEINE AKINS

               Bankruptcy No: 25-11258

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 6th day of June, 2025, I mailed through the United States Postal Services to each of the persons listed below, the following documents:

**Request for Notice**

FinWise Bank
PO Box 3002
Malvern PA 19355-0702

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Christopher Cramer
Christopher Cramer, Claims Administrator
Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Copy of the above served to the following:

<u>Attorney</u>
ROLLINS JR., THOMAS C.
THE ROLLINS LAW FIRM, PLLC
PO BOX 13767
JACKSON, MS 39236-3767

<u>Trustee</u>
MIRANDA L WILLIFORD
613 CHILDS ST
CORINTH, MS 38834