

**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Cory Daniel Akins                                       Case No. 25-11258-SDM
Shanda Arleine Akins, Debtors                                   CHAPTER 7

**ORDER PARTIALLY AVOIDING JUDICIAL LIEN**

The above-styled and numbered cause having come on for hearing on the motion [Dkt. No.15 ] of the debtors to avoid the fixing of the judicial lien (Judgment) of American Express National Bank on exempt property of the debtors and the Court, having considered the motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1. Pursuant to 11 U.S.C. § 522(f)(1), the judicial lien (Judgment) obtained against the debtors in the Circuit Court of Itawamba County, Mississippi, being Cause No 29CI1:24-cv-00005 in the amount of $3,846.07 enrolled in the Judgment Roll maintained by the Itawamba County Circuit Clerk and filed under lien number CV24-005, is hereby avoided and held for naught to the extent it impairs any property of the debtor otherwise exempted by Title 85, Chapter 3, Miss. Code Ann. (1972) and 11 U.S.C. § 522(b) and to the extent it impairs the debtor's homestead exemption provided by Miss. Code Ann. § 85-3-21 (1972) and 11 U.S.C. § 522(b), said homestead being located at 159 Ben Moore Road, Fulton, Itawamba County, Mississippi 38843, being more fully described as follows:

One acre, more or less, located in the SW ¼ of Section 33, Township 9 South, Range 8 East, described as follows: Commence at the southeast corner of the said SW ¼ and run west for 40 rods; run thence north for 1394 feet; run thence, along the east side of a gravel road, North 11 degrees and 05 minutes west for 188.04 feet to an iron pipe for the Point of Beginning: Thence, along the east side of said road, North 11 degrees and 05 minutes west for 53.54 feet; thence, along the east side of said road, north 30 degrees and 25 minutes west for 63.78 feet; thence, along the east side of said road, north 45 degrees and 23 minutes west for 80.3 feet; run thence south 76 degrees and 26 minutes west for 253.7 feet to an iron pipe; run thence south 1 degree and 55 minutes east for 104.5 feet to an iron pipe; run thence east for 342.86 feet to the Point of Beginning. LESS AND EXCEPT a strip of land 20 feet wide on the east and south side of said herein above-described land reserved to be used for road right-of-way purposes.

INDEXING INSTRUCTIONS: SW1/4S33, T9S, R8E, Itawamba County, Mississippi

2. A certified copy of this Order is to be filed in the land records of Itawamba County, Mississippi, and the Chancery Clerk is requested to index this order in the direct and sectional index under the name of Cory Daniel Akins (debtor) as grantor. The debtor's attorney will ensure compliance with this provision.

3. The Circuit Clerk of Itawamba County, Mississippi is to enter on the Judgment roll that the judicial lien (Judgment) of American Express National Bank filed as lien number CV24-005 has been PARTIALLY CANCELED by this Order, and a certified copy of the Order is to be placed in the suit file. The debtors' attorney will ensure compliance with this provision.

4. The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St., Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)