# United States Bankruptcy Court
## Northern District of Mississippi

In re: **Cory Daniel Akins, Shanda Arleine Akins**, Debtor(s)

Case No. **25-11258**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **July 21, 2025**

**/s/ Cory Daniel Akins**
**Cory Daniel Akins**
Signature of Debtor

Date: **July 21, 2025**

**/s/ Shanda Arleine Akins**
**Shanda Arleine Akins**
Signature of Debtor

```
Affirm, Inc.
Attn: Bankruptcy
650 California St
San Francisco, CA 94108


American First Finance
Attn: Bankruptcy
3100 Olympus Blvd
Ste 300
Coppell, TX 75019


Amex
Po Box 981535
El Paso, TX 79998


AT&T
PO Box 5087
Carol Stream, IL 60197-5087


Brigit
5415 Evergreen Way
Everett, WA 98203


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cavalry Portfolio
Attn: Bankruptcy
1 American Ln Ste 220
Greenwich, CT 06831


Citibank
Po Box 790040
St Louis, MO 63179


Comenity
PO Box 182273
Columbus, OH 43218-2273


Credence Resource Mana
P.O. Box 2238
Southgate, MI 48195-4238
```

Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Rd
Ste 3000
Southfield, MI 48034

Credit One Bank
6801 Cimarron Rd
Las Vegas, NV 89113

Digital Federal CU
Po Box 9130
Marlborough, MA 01752

Digital Federal CU
Attn: Bankruptcy
Po Box 9130
Marlborough, MA 01752

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Fortiva
P.O. Box 790156
Saint Louis, MO 63179

Guaranty Bank***
Formerly First American National Bank
210 N Hayden St.
Belzoni, MS 39038

John Deere Financial
P.O. Box 650215
Dallas, TX 75265

Kikoff
P.O. Box 40070
Reno, NV 89504

```
Lvnv Funding
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603


Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348


Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502


SBA
c/o US Attorney's Offi
501 E Court St
Ste. 4.430
Jackson, MS 39201


Self Financial, Inc.
Attn: Bankruptcy
515 Congress Ave
Ste 1550
Austin, TX 78701


Small Business Adminis
P.O. Box 740192
Atlanta, GA 30374-0192


Sunrise Banks
Attn: Bankruptcy
2525 Wabash Ave
Saint Paul, MN 55114


TAB Bank
901 Yamgto Road
Boca Raton, FL 33431


Tower Loan
Attn: Bankruptcy
Po Box 320001
Flowood, MS 39232
```

```
Transworld Systems***
P.O. Box 15520
Wilmington, DE 19850-5520


Truck Driver Institute
20214 Hwy 49
Saucier, MS 39574


Upgrade, Inc.
275 Battery St.
23rd Floor
San Francisco, CA 94111


US Attorney General
US Dept of Justice
950 Pennsylvania AveNW
Washington, DC 20530-0001
```