| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Cory Daniel Akins<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2556<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Shanda Arleine Akins<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9586<br>EIN  __–_____ |
| United States Bankruptcy Court  Northern District of Mississippi | | |
| Case number:  25–11258–SDM | | |

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cory Daniel Akins  
aka Cory Akins

Shanda Arleine Akins

9/24/25

**By the court:** Selene D. Maddox  
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-11258-SDM |
| Cory Daniel Akins | Chapter 7 |
| Shanda Arleine Akins | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
| Date Rcvd: Sep 24, 2025 | Form ID: 318 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cory Daniel Akins, Shanda Arleine Akins, 159 Ben Moore Rd, Fulton, MS 38843-8809 |
| 4571793 | + | Guaranty Bank, Formerly First American National Bank, 210 N Hayden St., Belzoni, MS 39038-3636 |
| 4540818 | + | Truck Driver Institute, 20214 Hwy 49, Saucier, MS 39574-9527 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4540793 | | EDI: ATTWIREBK.COM | Sep 25 2025 03:16:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 4540790 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 24 2025 23:16:13 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 4543169 | | Email/Text: bkfilings@zwickerpc.com | Sep 24 2025 23:17:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road,, P.O. Box 9043, Andover, MA 01810-0943 |
| 4540791 | + | Email/PDF: bncnotices@becket-lee.com | Sep 24 2025 23:16:27 | American First Finance, Attn: Bankruptcy, 3100 Olympus Blvd, Ste 300, Coppell, TX 75019-5472 |
| 4540792 | + | Email/PDF: bncnotices@becket-lee.com | Sep 25 2025 01:08:40 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 4540794 | + | Email/Text: ccbxcredit_bkprocessing@coastalbank.com | Sep 24 2025 23:17:00 | Brigit, 5415 Evergreen Way, Everett, WA 98203-3646 |
| 4540795 | + | EDI: CAPITALONE.COM | Sep 25 2025 03:16:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4540796 | + | Email/Text: bankruptcy@cavps.com | Sep 24 2025 23:17:00 | Cavalry Portfolio, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 4540797 | + | EDI: CITICORP | Sep 25 2025 03:16:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 4540798 | | EDI: WFNNB.COM | Sep 25 2025 03:16:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 4540799 | | Email/Text: bankruptcy@credencerm.com | Sep 24 2025 23:17:00 | Credence Resource Mana, P.O. Box 2238, Southgate, MI 48195-4238 |
| 4540800 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 24 2025 23:16:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 4540801 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2025 23:16:00 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4540807 | | Email/Text: litbkcourtmail@johndeere.com | Sep 24 2025 23:16:00 | John Deere Financial, P.O. Box 650215, Dallas, TX 75265 |
| 4540803 | | Email/Text: bankruptcy@dcu.org | | |

| District/off: 0537-1 | User: autodocke | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: 318 | Total Noticed: 38 |

| | | | Sep 24 2025 23:17:00 | Digital Federal CU, Attn: Bankruptcy, Po Box 9130, Marlborough, MA 01752 |
|---|---|---|---|---|
| 4540802 | | Email/Text: bankruptcy@dcu.org | Sep 24 2025 23:17:00 | Digital Federal CU, Po Box 9130, Marlborough, MA 01752 |
| 4540804 | + | EDI: DISCOVER | Sep 25 2025 03:16:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 4556130 | | Email/PDF: bncnotices@becket-lee.com | Sep 24 2025 23:30:25 | FinWise Bank, c/o Becket & Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 4540805 | + | EDI: AMINFOFP.COM | Sep 25 2025 03:16:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4540806 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 24 2025 23:16:00 | Fortiva, P.O. Box 790156, Saint Louis, MO 63179-0156 |
| 4540808 | ^ | MEBN | Sep 24 2025 23:13:52 | Kikoff, P.O. Box 40070, Reno, NV 89504-4070 |
| 4540809 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 23:16:13 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 4540810 | | Email/Text: ml-ebn@missionlane.com | Sep 24 2025 23:16:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 4540811 | | EDI: PRA.COM | Sep 25 2025 03:16:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4540812 | + | Email/Text: ebone.woods@usdoj.gov | Sep 24 2025 23:17:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 4540813 | + | Email/Text: bankruptcy@self.inc | Sep 24 2025 23:16:00 | Self Financial, Inc., Attn: Bankruptcy, 515 Congress Ave, Ste 1550, Austin, TX 78701-3539 |
| 4540814 | | Email/Text: bankruptcynotices@sba.gov | Sep 24 2025 23:17:00 | Small Business Adminis, P.O. Box 740192, Atlanta, GA 30374-0192 |
| 4540815 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Sep 24 2025 23:16:00 | Sunrise Banks, Attn: Bankruptcy, 2525 Wabash Ave, Saint Paul, MN 55114-1020 |
| 4540816 | + | Email/Text: compliance@libertyloans.com | Sep 24 2025 23:17:00 | TAB Bank, 901 Yamgto Road, Boca Raton, FL 33431-4497 |
| 4540817 | | Email/Text: bankruptcy@towerloan.com | Sep 24 2025 23:16:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 4571794 | | Email/Text: bankruptcydepartment@tsico.com | Sep 24 2025 23:17:00 | Transworld Systems, P.O. Box 15520, Wilmington, DE 19850-5520 |
| 4540998 | + | Email/Text: USAMSN.Bankruptcy@usdoj.gov | Sep 24 2025 23:16:00 | U. S. Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4540999 | | Email/Text: bankruptcynotices@sba.gov | Sep 24 2025 23:16:00 | U. S. Small Business Administration, 500 Poydras St, Ste 828, New Orleans LA 70130 |
| 4540819 | | Email/Text: bknotice@upgrade.com | Sep 24 2025 23:16:00 | Upgrade, Inc., 275 Battery St., 23rd Floor, San Francisco, CA 94111 |
| 4540820 | ^ | MEBN | Sep 24 2025 23:14:22 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2025                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Miranda L Williford | tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;courtecfemails@gmail.com;mllinton@yahoo.com |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Shanda Arleine Akins trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor Cory Daniel Akins trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4